**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**



FILED IN OPEN COURT
JAN 11 2021
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.   Criminal No. 4:17cr52

ANTHONY ACKLIN,

Defendant.

### ORDER

This matter comes before the Court following a guilty plea proceeding conducted by Magistrate Judge Doulas Miller. At the conclusion of the plea hearing, Judge Miller issued a Report and Recommendation ("R&R") indicating that this Court should accept Defendant's Guilty Plea, because such plea was knowledgeable and voluntary and because the offense charged is supported by an independent basis in fact. ECF No. 699. The period of time to file objections to the R&R has expired and no objections have been received. The undersigned judge hereby **ADOPTS** the recommendation of the Magistrate Judge, and accepts Defendant's guilty plea subject to this Court's independent determination as to whether to accept the terms of the parties' binding Rule 11(c)(1)(C) written plea agreement. If the Court ultimately decides not to accept the plea agreement, the Defendant will be given the opportunity to withdraw his guilty plea.

**IT IS SO ORDERED.**

/s/
Mark S. Davis
CHIEF UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
January 11, 2021